| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DIANE CASE, §
§
      Plaintiff, §
§
versus         §    CIVIL ACTION NO. 1:16-CV-49
§
MINNESOTA LIFE INSURANCE §
COMPANY, §
§
      Defendant. §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal With Prejudice (#13), filed March 3, 2017, this action is dismissed with prejudice. The parties shall bear their own costs.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 6th day of March, 2017.

            *Marcia A. Crone*
            MARCIA A. CRONE
            UNITED STATES DISTRICT JUDGE